JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMAD ALI HEDAYATI,<br><br>    Plaintiff,<br><br>v.<br><br>THE JUDGE LAW FIRM,<br>a California Corporation,<br><br>    Defendant. | Case No. 8:14-cv-01483-DOC-AN<br><br>JUDGMENT [31]<br><br>Judge:    Hon. David O. Carter<br>Ct.:       9D<br><br>Location: U.S. Courthouse<br>             411 W. 4th St.<br>             Santa Ana, CA 92701 |

Pursuant to Fed. R. Civ. P., Rule 68, Judgment is hereby entered in favor of Plaintiff individually against Defendant in the sum of $1,001.00 plus reasonable costs and attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: April 21, 2015

*[signature: David O. Carter]*

HONORABLE DAVID O. CARTER
United States District Judge

TORK